JS-6

J. KIRK DONNELLY (179401)
LAW OFFICES OF J. KIRK DONNELLY
7668 El Camino Real, Suite 104-760
Carlsbad, CA 92009
Tel. (760) 634-5700
Fax. (760) 634-5701

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YVONNE ACOSTA, individually, and on behalf of all others similarly situated,<br><br>Plaintiff<br><br>vs.<br><br>BEAR STEARNS RESIDENTIAL MORTGAGE CORPORATION, and DOES 1 through 20, inclusive,<br><br>Defendants. | CASE NO. SACV 09-0250 AG (JWJx)<br><br>ORDER ON STIPULATION TO REMAND ACTION<br><br>OCSC Case No. 30-2009/00180086 |

Pursuant to the Stipulation to Remand by and between plaintiff Yvonne Acosta and defendant Bear Stearns Residential Mortgage Corporation, through their respective counsel of record, and good cause appearing, this action shall be remanded to the California Superior Court in and for the County of Orange.

IT IS SO ORDERED.

Dated: March 31, 2009_____

_____
United States District Judge

[PROPOSED] ORDER ON STIPULATION TO REMAND                    SACV 09-00250 AG (JWJX)